# PAUPER'S OATH ON APPEAL

CAUSE NO.: _14116480_

OFFENSE: _Intox Manslaughter_

THE STATE OF TEXAS

_208_ DISTRICT COURT

VS. _Fernando Rezo_

OF

HARRIS COUNTY, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON TEXAS
5/20/2015 6:26:54 AM
CHRISTOPHER A. PRINE
Clerk

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES _Fernando Rezo_, defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

☐ Appoint appellate counsel to represent him.

☐ Asks the court to order that a free record be provided to him.

_____
DEFENDANT

SUBSCRIBED AND SWORN to before me, this _23rd_ day of _March_ A.D., 20 _15_.

**FILED**
Chris Daniel
District Clerk

MAY 06 2015

DEPUTY DISTRICT CLERK
_208_ DISTRICT COURT
HARRIS COUNTY, TEXAS

Time:_____
Harris County, Texas

By_____
Deputy

MAY 03 2015

## ORDER

On _____ the court conducted a hearing and found that the defendant is indigent.

☐ The court orders that _____ is appointed to represent defendant/appellant on appeal.

☐ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter:
_____ MAY 03 2015 _____, by certified mail return receipt requested.

_____
JUDGE PRESIDING
_208_ DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

MAY 03 2015

I, _____, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

_____
ATTORNEY (SIGNATURE)

_00209876 / 015058_
BAR/SPN NUMBER

_____
ADDRESS

_____
CITY        STATE        ZIP

_713 227-7244_
PHONE

_713 546 1798_
FAX NUMBER

_____
EMAIL ADDRESS

SWORN TO AND SUBSCRIBED BEFORE ME ON _5/6/15_.

_____
DEPUTY DISTRICT CLERK (SIGNATURE)
DISTRICT CLERK